**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JARROD BROWN, )<br>)<br>_____Defendant._____ ) | 2:10-CR-184-HDM (RJJ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 7, 2010, defendant JARROD BROWN pled guilty to a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant JARROD BROWN agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JARROD BROWN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a 9mm caliber Sturm Ruger, Model P89 handgun, bearing serial number 305-61404; and

    (b)    any and all ammunition.

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   JARROD BROWN in the aforementioned property is forfeited and is vested in the United States of
7   America and shall be safely held by the United States of America until further order of the Court.

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition, pursuant
13  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:

19      MICHAEL A. HUMPHREYS
    Assistant United States Attorney
20      DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney
21      Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
22      Las Vegas, Nevada 89101.

23  . . .

24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this  12th  day of    October    , 2010.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE